IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGEL ZAPATA SUQUILANDA, | : | |
| Petitioner, | : | 1:19-cv-0815 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| CLAIR DOLL, | : | |
| Respondent. | : | |

## ORDER

**December 19, 2019**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, in which Petitioner Angel Zapata Suquilanda ("Petitioner") challenges the constitutionality of his pre-final removal order detention by the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), and it appearing that on December 13, 2019, the United States Court of Appeals for the Third Circuit denied Petitioner's Petition for Review (Doc. , pp. 1, 2) and vacated his temporary stay of removal, and it further appearing that the denial of the Petition for Review alters Petitioner's detention status to post-final order detention in accordance with 8 U.S.C. § 1231(a) and triggers the start of the removal period, which renders the petition moot, *see Khodara Envtl., Inc. ex rel. Eagle Envtl., L.P. v. Beckman*, 237 F.3d 186, 192-93 (3d Cir. 2001) ("Article III of the Constitution grants the federal courts the power to adjudicate only actual, ongoing cases or controversies."); *Blanciak v. Allegheny*

*Ludlum Corp.*, 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the merit of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot."), it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.

2. The Clerk of Court is directed to TERMINATE Petitioner's pending motion (Doc. 7) and to CLOSE this case.

s/ John E. Jones III
John E. Jones III
United States District Judge